UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

ALFRED HOLTON,
    a/k/a "Frank,"

                  Defendant.
- - - - - - - - - - - - - - - - - -x

05 Cr.

**05CRIM. 576**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

INDICTMENT

## COUNT ONE

The Grand Jury charges:

1. From in or about June 2003, up to and including on or about February 12, 2005, in the Southern District of New York and elsewhere, ALFRED HOLTON, a/k/a "Frank," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ALFRED HOLTON, a/k/a "Frank," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about February 11, 2005, in Missouri, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately 45 kilograms of cocaine.

b. On or about February 12, 2005, in Yonkers, New York, another co-conspirator not named as a defendant herein ("CC-2") attempted to pick up approximately 45 kilograms of cocaine.

c. On or about February 12, 2005, ALFRED HOLTON, a/k/a "Frank," the defendant, spoke on the telephone regarding CC-2's attempted pickup of approximately 45 kilograms of cocaine.

(Title 21, United States Code, Section 846.)

_____  5/26/05          _____
FOREPERSON                                DAVID N. KELLEY
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

ALFRED HOLTON,
a/k/a "Frank,"

Defendant.

---

<u>INDICTMENT</u>

05 Cr.

(21 U.S.C. §§ 846.)

---

<u>DAVID N. KELLEY</u>
United States Attorney.

A TRUE BILL

*[signature]*  5/26/05
Foreperson.

---

*Prot 11/87*

*RC*
*5/26/05*

*Indictment filed, arrest warrant issued.*

*F. Maas, USMJ*