ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x
                              :

UNITED STATES OF AMERICA          :

            :

       - v. -          :        **ORDER**

            :

ALFRED HOLTON,           :        05 Cr. 576
     a/k/a "Frank,"         :

            :

          Defendants.    :

            :

- - - - - - - - - - - - - - - - - - - - -x

WHEREAS, the above-captioned indictment was returned on May 25, 2005 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 05 Cr. 576 be unsealed.


Dated: New York, New York
     March 9, 2007

        MAR 0 9 2007
SO ORDERED:


                           _____
                           UNITED STATES MAGISTRATE JUDGE
                           SOUTHERN DISTRICT OF NEW YORK


                           KEVIN NATHANIEL FOX
                           United States Magistrate Judge
                           Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 9 2007