ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :
:
        - v. -                    :
:
ALFRED HOLTON,                    :          05 Cr. 576
    a/k/a "Frank,"                :
:
            Defendant.            :
:
- - - - - - - - - - - - - - - - x

   WHEREAS, the above-captioned indictment was returned on May 26, 2005 and, upon application of the government, ordered to be filed under seal; and

   WHEREAS the Government has requested that the above-captioned indictment be unsealed;

   IT IS HEREBY ORDERED, that, the indictment docketed as 05 Cr. 576 be unsealed.


Dated: New York, New York
       December 16, 2005


SO ORDERED:

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK

                                  JAMES C. FRANCIS IV
                                  UNITED STATES MAGISTRATE JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK