**U.S. Department of Justice**



MEMO ENDORSED

*United States Attorney*
*Southern District of New York*

─────────────────────────────────────────

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/07

**By Hand**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 920
New York, New York  10007

> Re:  <u>United States</u> v. <u>Alfred Holton</u>,
>      05 Cr. 576 (KMK)

Dear Judge Karas:

I write, on behalf of both parties, to request a brief adjournment of the pretrial conference scheduled for this Friday, April 13, 2007, at 4:15 p.m.

There are two reasons for this request.  First, the defendant suffers from diabetes, for which he is receiving treatment at the MCC, including daily injections of insulin.  He receives those insulin injections in the late afternoon, and it is important to his treatment that he receive the injections at approximately the same time each day.  Accordingly, the parties are concerned that producing the defendant for court in late afternoon might interrupt his treatment schedule.  Secondly, the parties remain actively engaged in negotiating a disposition of this case and could use additional time to continue those discussions.

Accordingly, the parties respectfully request that the Court adjourn the April 13 conference to any morning the following week except for the morning of Thursday, April 19.  In addition, the Government respectfully requests that the Court exclude the time between April 13 and the date to which the conference is adjourned from Speedy Trial Act computations, pursuant to 18 U.S.C. § 3161(h)(8)(A), in the interest of

Hon. Kenneth M. Karas
April 11, 2007
Page 2

justice.  Because the adjournment is needed, in part, to allow
the parties sufficient time to negotiate a disposition of this
case, the Government respectfully submits that this interest
outweighs the interests of the defendant and the public in a
speedy trial.  I have spoken with Stacey Richman, Esq., counsel
to Mr. Holton, who has no objection to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:  Daniel L. Stein
Assistant United States Attorney
(212) 637-2407

cc:  Stacey Richman, Esq.
Attorney for Alfred Holton
(By Electronic Mail)

*The Conference is adjourned from April 13 to April 27, 2007, at 10AM. Time is excluded until then to permit plea discussions. SO ORDERED*

*The interests of justice from such an exclusion outweigh Mr. Holton's and the public's interest in a speedy trial. See 18 USC § 3161(h)(8)(A).*

KENNETH M. KARAS U.S.D.J.
4/13/07