AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

## APPEARANCE

Case Number:  1:05-cr-00576-KMK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALFRED HOLTON

I certify that I am admitted to practice in this court.

| 6/18/2007 | | |
|---|---|---|
| Date | Signature | |
| | STACEY RICHMAN, ESQ. | |
| | Print Name | Bar Number |
| | 2027 WILLIAMSBRIDGE ROAD | |
| | Address | |
| | BRONX          NY          10461 | |
| | City          State          Zip Code | |
| | (718) 892-8588          (718) 518-0674 | |
| | Phone Number          Fax Number | |