UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

ALFRED HOLTON,

          Defendants.

Case No. 05 Cr. 576 (KMK)

SEALED ORDER

KENNETH M. KARAS, District Judge:

    Defendant has requested that the Court seal the sentencing record in the above referenced case. The Court directs Defendant to review the transcript of the October 17, 2007, sentencing hearing and provide to the Court a redacted copy, noting the portions of the transcript that should be sealed, by no later than November 15, 2007. Defendant is also directed to review the sentencing letters submitted by Defendant to the Court and provide to the Court redacted copies, noting the portions of those letters that should be placed under seal. In addition, Defendant is directed to provide to the Court a letter outlining the basis for these redactions, also by November 15, 2007.

SO ORDERED.

Dated: October 24, 2007
       New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE