FROM

## LAW OFFICES OF
## Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 - Fax (718) 518-0052

OF COUNSEL
Rence C. Hill, Esq.
Marcy G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian F. Pakett, Esq.
Dirk K. Swint - Paralegal

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

October 18, 2007

VIA FACSIMILE 914-390-4145
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:  <u>United States v. Alfred Holton</u>
        05 Cr. 576 (KMK)

Your Honor:

  Firstly, thank you for your compassion and reason in this matter

  Please receive this letter in accordance with your direction and that of your law clerk this afternoon. [REDACTED]

  As per your direction you requested any language for the judgment that we thought should be specific. I noted for the record but I will do so for your ease here the names of the medications which provided Mr. Holton with diabetic stability: Humalog at each meal and Lantus at bedtime; his blood pressure medication was prinivil, lozide and norvasc; his cholesterol lowering pill was zocor. He requires a glucometer to regularly test his blood. He also requires ventolin (2 puffs 4 x daily when required) and flovent 125 (2 puffs 2 x daily) to cope with his severe asthma and allergies. I attach the letters of his former endocrinologist from February, 2007 and general practice doctor which were attached to my October 4, 2007 letter

# LAW OFFICES OF
# Murray Richman

In reflecting upon your direction I think it necessary to note specifically that Mr Holton is to be given credit for all of his detention time in Canada and at MCC. My concern in that the Bureau of Prisons will not credit his custody out of the country which was clearly your intention as you noted that Mr Holton had already completed almost half of his time. I do not perceive that the Bureau of Prisons otherwise will credit Mr. Holton. I will endeavor to get a certificate from the Canadian facility setting forth the time served prior to extradition.

You also noted that upon release he could return to Canada as we were all unsure of the supervised release issue. He would of course check in with U.S. Probation upon his release as required by all.

We will also be investigating the disposal of his licensed hunting weapons

I apologize for any further imposition upon your time but I thought it would be easier than coming back in the future and trying to explain the Court's intention to the Bureau of Prisons.

Most respectfully,

Stacey Richman

cc: AUSA Daniel Stein
VIA FACSIMILE: 212-637-2615

FROM

0703   LMC                                                    05 17 56 p m   02-05-2007   1/1

## LMC Endocrinology Centres
SPECIALISTS IN ENDOCRINOLOGY & DIABETES

Robert Schlosser MD, FRCPC

February 1, 2007

**Distribution:**
Ms. Stacy Richman
2027 Williamsbridge Road
Bronx, New York
10461

FAX TO:  519-941-2206   and as well to   718-518-0674

Dear Ms. Richman,

Re.         Fred HOLTON
Date of Birth   10/05/1947

This letter is in response to your request for assistance sent on January 30, 2007 on behalf of Mr. Holton. Mr. Holton has been followed through my office for type 1 diabetes from May 2000 until his last appointment in December 2005. He was unable to attend his last scheduled follow-up in April 2006 and I understand that he has since been incarcerated in Canada and is planning to be transferred to a detention centre in New York. The family's main concern is that this transfer should be done safely without placing undue stress on his type 1 diabetes.

Mr. Holton has had type 1 diabetes since 1975. When last seen in December 2005, he was taking a short acting insulin, specifically Humalog at a dose of 9-17 units at each meal, as well as a long acting insulin, specifically Lantus 30units at bedtime. I am not certain as to whether his insulin doses have changed in the last year. He also takes three blood pressure pills, specifically Prinivil, Lozide, Norvasc, as well as a cholesterol lowering pill (Zocor). His diabetic control has been at best moderate, with HbA1C readings in the range of 8-9%. He monitors with a glucometer regularly and adjusts his insulin doses accordingly. He is prone to occasional hypoglycemic (low blood sugar) reactions if he is excessively late for a meal or if he incorrectly over estimates the amount of premeal Humalog. Overall, he has experienced hypoglycemic reactions on the newer insulin Lantus compared with NPH insulin. That insulin change was made in May 2005.

With regard to transfer and air travel, it would be important for Mr. Holton to be able to consume his meals at his usual times. He also needs to be provided an opportunity to test his blood sugar (finger prick glucometer testing) and to give his Humalog dose before the meal. Ideally, a prepared diabetic meal should be provided for him for the flight, but this may not be absolutely necessary. Under no circumstances should he go more than 4 hours without eating due to the risk of hypoglycemia which may be difficult to treat while in the air. In case of reaction, a rapid acting carbohydrate source such as juice should be made available.

I trust this information meets with your satisfaction. Should there be any further information required, please do not hesitate to contact my office.

Sincerely yours

Robert Schlosser MD, FRCPC
LMC Thornhill

**Randy J. Leifer, B.S., M.D.**      **Family Physician**

Box 370, 20 Doctor's Lane
King City, ON L7B 1A6
Tel: 905-833-5831
Fax: 905-833-5649

February 2, 2007

Mr. Murray Richman
2027 Williamsbridge Rd.
Bronx, N.Y.
U.S.A.
10461

By fax and regular mail

    Re:    **Mr. Fred Holton**

Diagnosis:    Hypertension, Diabetes, Anxiety, and Asthma

The above named patient needs to take Lozide 1.25 mg daily
    Prinivil 20 mg twice daily
    Norvasc 5 mg once daily
    Ventolin 2 puffs 4 x daily when required
    Flovent 125 two puffs 2 x daily
    Ativan 2 mg one half as required at night

I trust his endocrinologist will be giving information about his diabetes. Trusting this is the information you require.

Sincerely yours

Randy J. Leifer, B.Sc., M.D.